THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellant.

(Argued March 20, 1934; decided April 17, 1934.)

*A. W. Hendrickson, Corporation Counsel,* for appellant.
*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Timothy F. Cohan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.